United States District Court
Southern District of Texas

**ENTERED**

October 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **SUNNY PRODUCE AND BROKERAGE, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-cv-00390** |
| | § | |
| **SASITA PRODUCE, LLC,** ***et al.*****,** | § | |
| *Defendants.* | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 30). Judge Medrano made findings and conclusions and recommended that "Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction," (Dkt. No. 26), be **GRANTED**.

The parties were provided proper notice and the opportunity to object to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). Finding no plain error, the Court adopts the Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED** that "Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction" is **GRANTED**.

It is **SO ORDERED**.

SIGNED on October 26, 2026.

**JOHN G.E. MARCK**
**UNITED STATES DISTRICT JUDGE**